ANTHONY J. SCIASCIA, SR., ETC., PLAINTIFF-APPELLANT, v. THE AMERICAN INSURANCE COMPANY, ETC., DEFENDANT-THIRD-PARTY PLAINTIFF, RESPONDENT, v. THE NEWARK INSURANCE COMPANY, ETC., THIRD-PARTY DEFENDANT, RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued April 19, 1983—Decided April 26, 1983.

Before Judges MICHELS, PRESSLER and TRAUTWEIN.

*John R. Lanza* argued the cause for appellant (*Winget, Keating, Thatcher & Lanza,* attorneys; *John R. Lanza* on the brief).

*John J. O'Donnell* argued the cause for respondent The American Insurance Company (*O'Donnell, McCord & Leslie,* attorneys; *John J. O'Donnell* on the brief).

*J. David Woods* argued the cause for respondent The Newark Insurance Company (*Haggerty & Donohue,* attorneys; *J. David Woods* on the statement in lieu of brief).

PER CURIAM.

The judgment under review is affirmed substantially for the reasons expressed in Judge Stein's written opinion of February 2, 1982, reported at 183 *N.J.Super.* 352 (Law Div.1982).